1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ERIC K. H. CHINN
4  Special Assistant United States Attorney
   Social Security Administration

         333 Market Street, Suite 1500
         San Francisco, California 94105
         Telephone: (415) 977-8932
         Facsimile: (415) 744-0134
         E-Mail: Eric.Chinn@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGINA RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:08-cv-00811-SMS<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g) |

Plaintiff Georgina Ramirez and Defendant Michael J. Astrue, Commissioner of Social Security (Commissioner), by and through their respective counsel of record, stipulate that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Court shall reverse the Commissioner's final decision that is the subject of this action and remand this action to the Commissioner.

Upon remand, the Appeals Council will issue a fully favorable decision with a disability onset date of October 24, 2005, the date of Plaintiff's Application.

| | |
|---|---|
| 1 | The parties request that the Court direct the Clerk of the Court to enter final judgment |
| 2 | accordingly in favor of Plaintiff and against the Commissioner. |

Respectfully submitted,

Dated: April 13, 2009.  　　　　　　　　　　/s/ *James A. Yoro*
(*Per telephone authorization this date*)
JAMES A. YORO
Attorney for Plaintiff

Dated: April 13, 2009.  　　　　　　　LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

　　　　　　　　　　/s/ *Eric K. H. Chinn*
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   April 14, 2009**　　　　　　　**/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE